FRIEDA TURNER, PETITIONER-PETITIONER, v. RIVERSIDE COAT AND APRON CO., RESPONDENT-RESPONDENT.

*Mr. George F. Losche* and *Mr. Isadore Rabinowitz* for the petitioner.

*Messrs. Kalisch & Kalisch* for the respondent.

April 27, 1953.   Denied.

GUSSIE BLUT, AS EXECUTRIX UNDER THE LAST WILL AND TESTAMENT OF ISAAC BLUT, DECEASED, PLAINTIFF-PETITIONER, v. BENJAMIN KATZ, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 24 *N. J. Super.* 165.

*Messrs. Marcus & Levy* and *Mr. Harry Chashin* for the petitioner.

*Mr. Abraham Waks* and *Mr. Hymen D. Goldberg* for the respondents.

April 27, 1953.   Granted.